■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON M. CHILCOTE, Appellant. [837 NYS2d 886]—Appeal from a

judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered April 29, 2005. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.